UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-cv-01576-RBD-LHP

RUDOLPH BETANCOURT,

    Plaintiff,

vs.

WEST VOLUSIA HOSPITALITY, LLC, a
Florida Limited Liability Company, doing
business as Hampton Inn & Suites Deland,

    Defendant.
_____/

### NOTICE OF PENDING SETTLEMENT

Plaintiff, RUDOLPH BETANCOURT ("Plaintiff") and Defendant, WEST VOLUSIA HOSPITALITY, LLC, a Florida Limited Liability Company, doing business as Hampton Inn & Suites Deland ("Defendant"), by and through undersigned counsel, pursuant to Local Rule 3.09(a), hereby give notice that Plaintiff and Defendant ("Parties") have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. The Parties respectfully request that the Court stay all matters and pending deadlines in this action and grant the Parties thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated this 3rd day of October, 2022.

| | |
|---|---|
| /s/ *Brandon A. Rotbart* | /s/ *Itzen N. Orozco* |
| Brandon A. Rotbart, Esq. | Kristyne E. Kennedy, Esq. |
| Florida Bar No.: 124771 | Florida Bar No.: 194700 |
| rotbart@rotbartlaw.com | Itzen N. Orozco |
| John P. Fuller, Esq. | Florida Bar No.: 1032206 |
| Florida Bar No. 276847 | **COLE, SCOTT & KISSANE, P.A.** |
| jpf@fullerfuller.com | Tower Place, Suite 400 |
| **Fuller, Fuller & Associates, P.A.** | 1900 Summit Tower Boulevard |
| 12000 Biscayne Blvd., Suite 502 | Orlando, Florida 32810 |
| North Miami, FL 33181 | Primary: kristyne.kennedy@csklegal.com |
| Telephone: (305) 891-5199 | Secondary: itzen.orozco@csklegal.com |
| Facsimile: (305) 893-9505 | Telephone: (321) 972-0028 |
| **ATTORNEYS FOR PLAINTIFF** | Facsimile: (321) 972-0099 |
| | **ATTORNEYS FOR DEFENDANT** |